WEISER & ASSOCIATES, L.L.P.
215 Lexington Avenue 18th Floor
New York, NY 10016
Tel: 212-213-3111
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
RAJIV GARG,

             Plaintiff,

       -against-

THE HARTFORD LIFE INSURANCE
COMPANY and CREDIT SUISSE FIRST
BOSTON CORPORATION as administrator,

            Defendant.
---------------------------------------------X

U... DC SDNY
DOCUMENT
ELECTRONICALLY F...
DOC #:
DATE FILED: 4/9/09

**Original Filed by ECF**

:
:  Docket No: 05-CV-5556 (LTS) (DFE)
:
:  **ORDER OF TERMINATION OF**
:  **OF APPEARANCE OF**
:  **JAIMEE L. NARDIELLO**
:
:
:
:
:
:
:

Plaintiff, RAJIV GARG, through its counsel, WEISER & ASSOCIATES, L.L.P.,

hereby requests pursuant to Local Civil Rule 1.4 that the Appearance of Jaimee L. Nardiello as

counsel on its behalf be terminated.

WEISER & ASSOCIATES, L.L.P., has represented plaintiff, RAJIV GARG throughout

the pendency of this action and continues to do so. Ms. Nardiello appeared in this action while an

attorney at WEISER & ASSOCIATES, L.L.P., by filing a Notice of Appearance. Subsequent to

that date, Ms. Nardiello ceased to be associated with WEISER & ASSOCIATES, L.L.P., and has

not continued her representation of plaintiff, RAJIV GARG, in this matter.

Dated: New York, New York
       October 1, 2008

                            WEISER & ASSOCIATES, L.L.P.

                            By: _____
                                Martin J. Weiser (MW-6966)

SO ORDERED: _____  DATED: _____April 9, 2009_____

U... SDNY
DATE SCANNED 4/9/09